**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2254**

———————

ANITA HOMAGAIN; ISHWAR PRASAD TIMILSINA,

        Petitioners,

     v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted: February 11, 2014     Decided: February 25, 2014

———————

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Anita Homagain, Ishwar Prasad Timilsina, Petitioners Pro Se. Brianne Whelan Cohen, Yamileth G. Davila, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita Homagain and Ishwar Prasad Timilsina, natives and citizens of Nepal, petition for review of an order of the Board of Immigration Appeals ("Board") denying their motion for reconsideration of the denial of their motion to reopen. We deny the petition for review.

A motion to reconsider asserts that the Board made an error in its earlier decision, and the movant must specify the error of fact or law in the Board's prior decision. See 8 C.F.R. § 1003.2(b)(1) (2013). The denial of a motion to reconsider is reviewed for abuse of discretion. 8 C.F.R. § 1003.2(a) (2013); Narine v. Holder, 559 F.3d 246, 249 (4th Cir. 2009); Jean v. Gonzales, 435 F.3d 475, 481 (4th Cir. 2006). We have thoroughly reviewed the record, including the documents accompanying the motion to reopen and the Petitioners' motion to reconsider. We conclude that the Board did not abuse its discretion.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2